STATE of Missouri, Respondent

v.

Michael Dean FISHER, Jr., Appellant

WD 77098

Missouri Court of Appeals,
Western District.

Order filed: January 27, 2015

Dora Fichter, Jefferson City, MO, for Respondent

Amy M. Bartholow, Columbia, MO, for Appellant

Before Division Two: Joseph M. Ellis, Presiding Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge

### ORDER

PER CURIAM:

Michael Fisher Jr. appeals his conviction following a jury trial for the class B felony of possession of a controlled substance with intent to deliver. § 195.211, RSMo Cum. Supp. 2013. Fisher challenges the sufficiency of the evidence to support the conviction. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).